# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ALLERGAN ERISA LITIGATION<br><br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 2:17-CV-1554 (SDW-LDW)<br><br>Hon. Susan D. Wigenton<br><br>**NOTICE OF APPEAL TO THE<br>U.S. COURT OF APPEALS<br>FOR THE THIRD CIRCUIT** |

Notice is hereby given that plaintiffs Andrew J. Ormond and Jack Xie ("Plaintiffs") appeal to the United States Court of Appeals for the Third Circuit from the Opinion of Hon. Susan D. Wigenton of the United States District Court for the District of New Jersey that was entered on July 2, 2018 dismissing Plaintiffs' complaint for failure to state a claim upon which relief can be granted (Docket No. 27), and from Judge Wigenton's Order granting Defendants' Motion to Dismiss entered in this action on July 2, 2018 (Docket No. 28).

Dated: August 2, 2018                   By: s/ GARY S. GRAIFMAN
                                        Gary S. Graifman
                                        **KANTROWITZ, GOLDHAMER
                                             & GRAIFMAN, P.C.**
                                        210 Summit Avenue
                                        Montvale, NJ 07645
                                        Telephone:   (201) 391-7000
                                        Facsimile:   (201) 307-1088
                                        Email:       ggraifman@kgglaw.com

                                        **INTERIM LIAISON CLASS COUNSEL**

**STULL, STULL & BRODY**
Michael J. Klein
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: mklein@ssbny.com

**ZAMANSKY LLC**
Samuel E. Bonderoff
Jacob H. Zamansky
Edward H. Glenn, Jr.
Justin Sauerwald (NJ Bar No. 9482012)
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177
Email: samuel@zamansky.com

**INTERIM CO-LEAD CLASS COUNSEL**